Núm. 7654.—Calderón, aplte. *v.* Boglio, apldo.—C. D. Guayama. ▆▆▆▆▆▆▆ Febrero 25, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, el peticionario apelante radicó ante la Corte de Distrito de Guayama una petición de hábeas corpus, que fué declarada sin lugar;

Por cuanto, el peticionario apeló para ante este Tribunal y hasta ahora no ha radicado su alegato;

Por cuanto, el fiscal de esta Corte ha presentado una moción solicitando se desestime el recurso por frívolo;

Por cuanto, las cuestiones suscitadas en la corte inferior fueron la falta de jurisdicción por parte de dicha corte y la indebida apreciación de la prueba;

Por cuanto, el último fundamento suscitado estaba perfectamente cubierto por la decisión emitida por esta Corte con fecha 7 de mayo de 1937 en el caso de *El Pueblo* v. *Calderón,* 51 D.P.R. 513, en que el aquí peticionario apeló de la sentencia de la corte de distrito de Guayama;

Por cuanto, leyendo la prueba, de ella se desprende que los sucesos tuvieron lugar dentro de la jurisdicción de aquella corte de distrito y que la cuestión de jurisdicción no fué suscitada en dicho recurso;

Por cuanto, un hábeas corpus no puede servir los fines de una apelación.

Por tanto, se desestima la apelación por frívola.

El Juez Asociado Sr. Córdova Dávila no intervino.